▇ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARVIS CAMPBELL, Appellant. [979 NYS2d 540]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dickerson, J.P., Leventhal, Chambers and Roman, JJ., concur.